# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>England, Jr., Morrison C | 2. Court or Organization<br><br>Eastern District of California | 3. Date of Report<br><br>05/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>501 I Street, Suite 15-220<br>Sacramento, CA 95814 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Regent | Board of Regents - University of the Pacific |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |



2008 MAY 19 A 11: 42
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 05/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Commonwealth Educational Institute | 4/19/2007 | Williamsburg, VA | Conference | Airfare, hotel and transportation |
| 2. | First Colonial High School | 4/18/2007 | Virginia Beach, VA | Speaker | Airfare, hotel and transportation |
| 3. | University of Hawaii Law School | 6/25/07 - 6/29/07 | Honolulu, HI | Speaker | Airfare, hotel and transportation |
| 4. | | | | | |
| 5. | | | | | |

**COPY**

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 05/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |



| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property #2, Sacramento, CA (Y) | | | | | | | | | See note in Part VIII |
| 2. Education fund (Y) | | | | | | | | | See note in Part VIII |
| 3. -Alger Small Cap Fund (Y) | | | | | | | | | |
| 4. - BlackRock Funds (Y) | | | | | | | | | |
| 5. -Calamos Growth Fund (Y) | | | | | | | | | |
| 6. -Causeway Intl Value Fund (Y) | | | | | | | | | |
| 7. - DWS Dreman Small Cap (Y) | | | | | | | | | |
| 8. -Cambiar Opportunity FD (Y) | | | | | | | | | |
| 9. -FMI FDS Focus Fund (Y) | | | | | | | | | |
| 10. -Hotchkis & Wiley FDS (Y) | | | | | | | | | |
| 11. -Julius Baer Invt FDS (Y) | | | | | | | | | |
| 12. - Kinetics Paradigm (Y) | | | | | | | | | |
| 13. -Kinetics Small Cap Opportunities Fund (Y) | | | | | | | | | |
| 14. -Legg Mason Value Trust (Y) | | | | | | | | | |
| 15. -Royce Total Return Fund (Y) | | | | | | | | | |
| 16. -TCW Galileo Fds Inc (Y) | | | | | | | | | |
| 17. -Goldman Sachs Money Market Fund (Y) | | | | | | | | | |

COPY

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -TCW Galileo Funds, Inc Value Opportunity Fund (Y) | | | | | | | | | |
| 19. Retirement #4 (Y) | | | | | | | | | See note in Part VIII |
| 20. - Lord Abbott All Value (Y) | | | | | | | | | |
| 21. - Van Kampen Comstock (Y) | | | | | | | | | |
| 22. IRA (Y) | | | | | | | | | See note in Part VIII |
| 23. -Alvarion LTD (Y) | | | | | | | | | |
| 24. -E-Smart Tech Inc (Y) | | | | | | | | | |
| 25. -Black Rock Funds - Large Cap Value Fd, CL A (Y) | | | | | | | | | |
| 26. -Calamos Growth Fund, Class A (Y) | | | | | | | | | |
| 27. - Causeway Intl Value Fd (Y) | | | | | | | | | |
| 28. - Cambiar Opportunity FD (Y) | | | | | | | | | |
| 29. -Cambiar Conquistador Investor Class (Y) | | | | | | | | | |
| 30. - FMI FDS (Y) | | | | | | | | | |
| 31. -Forward FDS Inc - Hover Mini Cap FD (Y) | | | | | | | | | |
| 32. - Goldman Sachs TR (Y) | | | | | | | | | |
| 33. - Harbor Small Cap Value (Y) | | | | | | | | | |
| 34. -Hartford Fortis Funds SmallCap Growth Cl A (Y) | | | | | | | | | |

COPY

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Hotchkis & Wiley FDS(HUSMIX) (Y) | | | | | | | | | |
| 36. - Janus Investment FD (Y) | | | | | | | | | |
| 37. - Julius Baer Investment FDS (Y) | | | | | | | | | |
| 38. -Kinetics Paradigm Fund Inst (Y) | | | | | | | | | |
| 39. - Legg Mason Value Trust (Y) | | | | | | | | | |
| 40. - Pimco FDS pac Investment (Y) | | | | | | | | | |
| 41. - TCW Galileo FDS Inc (Y) | | | | | | | | | |
| 42. - Torray FD (TORRX) (Y) | | | | | | | | | |
| 43. - WT Mutual FD CRM (Y) | | | | | | | | | |
| 44. - Western Asset Core (Y) | | | | | | | | | |
| 45. Investment Account (Y) | | | | | | | | | See note in Part VIII |
| 46. - Blackrock Funds Large Cap Value Fund (Y) | | | | | | | | | |
| 47. - Calamos Growth Fund Class A (Y) | | | | | | | | | |
| 48. - Causeway Intl Value Fund (Y) | | | | | | | | | |
| 49. - Cambiar Opportunity Fund (Y) | | | | | | | | | |
| 50. - Cambiar Conquistador Investor Class (Y) | | | | | | | | | |
| 51. - FMI Fds Focus Fund (Y) | | | | | | | | | |

**COPY**

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $1,5 | C 501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $ 00,000 | H1 1,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - 50,000 | L =$50,00 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Forward FDS Inc Hover Mini Cap Fund (Y) | | | | | | | | | |
| 53. - Goldman Sachs TR, FINL Square MMKT Fund (Y) | | | | | | | | | |
| 54. - Harbor Small Cap Value Institutional (Y) | | | | | | | | | |
| 55. - Hartford Fortis Funds Small Cap Grwth Cl A (Y) | | | | | | | | | |
| 56. - Janus Invt Fd Mid Cap Value Fund (Y) | | | | | | | | | |
| 57. - Julius Baer Invt FDS Intl Equity Fd Cl 1 (Y) | | | | | | | | | |
| 58. - Kinetics Paradigm Fund- Inst (Y) | | | | | | | | | |
| 59. - Legg Mason Value Trust (Y) | | | | | | | | | |
| 60. - PIMCO Fds Pac Invt Mgmt Ser Total Return (Y) | | | | | | | | | |
| 61. - TCW Galileo FDS Inc Select Equities (Y) | | | | | | | | | |
| 62. - CRM Mid Cap Value Fd Instl (Y) | | | | | | | | | |
| 63. - Western Asset Core Bond Fund CL-1 (Y) | | | | | | | | | |

COPY

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Part VII, lines 1 through 63 - asset information has been deleted with respect to ███████ living separate and apart with the intention of terminating the marriage. Reference Section 102(e)(2).



## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa                                                                  /2 ·08

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

